Opinion filed November 16,
2012

 

                                                                       In The

                                                                              

  Eleventh
Court of Appeals

                                                                   __________

 

                                                         No. 11-12-00205-CV

                                                    __________

 

                                      
DUSTIN WILLIAMS, Appellant   

                                                           
V.

                WELLS
FARGO BANK, N.A., AS TRUSTEE FOR SOUNDVIEW 

            HOME LOAN
TRUST 2007-OPT1, ASSET-BACKED CERTIFICATES, 

                                    
SERIES 2007-OPT1, Appellee



 

                              On
Appeal from the County Court at Law No. 4

                                                        Williamson
County, Texas

                                               Trial
Court Cause No. 12-0624-CC4

 



 

                                            M
E M O R A N D U M    O P I N I O N

            Dustin
Williams is the appellant in this appeal.  He has filed an unopposed motion to dismiss
the appeal pursuant to Tex. R. App. P. 42.1(a)(1). 
In the motion, appellant states that the parties have “settled this matter” and
that he “does not wish to pursue his appeal.”  Therefore, in accordance with
appellant’s request, we dismiss the appeal. 

The
motion to dismiss is granted, and the appeal is dismissed. 

 

November 16,
2012                                                    PER CURIAM

Panel consists of: Wright, C.J.,

McCall, J., and Hill.[1]









[1]John G. Hill, Former Chief Justice, Court of Appeals,
2nd District of Texas at Fort Worth, sitting by assignment.